IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JP MORGAN CHASE, N.A.,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-1707-L** |
| | § | |
| **JUAN SILVA & OCC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

This forcible detainer action was referred to Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 5, 2013, recommending that Plaintiff's Motion to Remand (Doc. 8), filed May 24, 2013, be granted and the case be remanded to the Justice of Peace Court, Precinct No. 4, Place No. 2, Dallas County, Texas. No objections to the Report were filed. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, for the reasons set forth in the Report, the court concludes that it lacks subject matter jurisdiction and the removal of this case was procedurally improper. The court therefore **grants** Plaintiff's Motion to Remand and **remands** the action to the Justice of Peace Court, Precinct No. 4, Place No. 2, Dallas County, Texas from which it was removed. The clerk of the court **shall** effect the remand in accordance with the usual procedure. As Defendant is proceeding *pro so* and *in forma pauperis*, the court **concludes**, in the interest of justice, that no attorney's fees and costs are to be awarded pursuant to 28 U.S.C. § 1447(c).

**It is so ordered** this 23rd day of July, 2013.

                                              Sam A. Lindsay
                                              United States District Judge